

# Fourth Court of Appeals
## San Antonio, Texas

May 2, 2017

No. 04-16-00566-CR

Ex Parte George **RODRIGUEZ, JR**.,
Appellant

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 14-03-11476-CR
The Honorable Camile G. Dubose, Judge Presiding

## O R D E R

Sitting:  Sandee Bryan Marion, Chief Justice
Marialyn Barnard, Justice
Patricia O. Alvarez, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of May, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court